ACCEPTED
04-15-00096-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
4/3/2015 7:14:47 PM
KEITH HOTTLE
CLERK

Cause No. 2014-CI-03033

MOAB CONSTRUCTION § IN THE DISTRICT COURT
§
v. § 407th JUDICIAL DISTRICT
§
ALS 88 DESIGN BUILD, LLC § BEXAR COUNTY, TEXAS

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
4/3/2015 7:14:47 PM
VOID EM
KEITH E. HOTTLE
Clerk

**MOTION TO ABATE APPEAL**

Now Comes, ALS 88 Design Build, LLC, and files this Motion to Abate Appeal and in support hereof respectfully shows as follows:

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
4/6/2015 4:10:00 PM
KEITH E. HOTTLE
Clerk

I.

ALS 88 Design Build, LLC filed a notice of interlocutory appeal after the trial court denied its motion to dismiss MOAB Construction Company's claims pursuant to Tex. Civ. Prac. & Rem. Code §150.002(b) & (e), on the ground that the certificate of merit filed by MOAB to support its claims failed to comply with the mandatory requirements of §150.002(b).

ALS 88 Design Build, LLC filed a motion to stay the jury trial of the case which was denied by this Court and the case proceeded to trial; a jury returned a verdict in favor of MOAB Construction Company, Inc. and ALS 88 Design Build, LLC filed an amended notice of appeal to include the merits of MOAB's claims, although judgment on the jury verdict has not yet been entered. ALS 88 Design Build, LLC filed a Motion for Judgment NOV which is set for hearing on April 8, 2015. MOAB Construction Company, Inc.'s Motion to Enter Judgment is also set for hearing on April 8, 2015.

ALS 88 Design Build, LLC moves to abate this appeal pending the trial court's consideration of ALS 88 Design Build, LLC's Motion for Judgment NOV and MOAB's Motion to Enter Judgment, and further moves to extend the deadline to file complete copies of the clerk's record and the reporter's record as necessary.

Respectfully submitted this the 3rd day of April, 2015.

**Regina Bacon Criswell**
*Attorney and Counselor at Law*
Carriage Place
7803 Bent Briar
San Antonio, Texas 78250

By: */S/Regina Bacon Criswell*
SBN: 01496580
(210) 775-1155 (ofc)
(210) 251-2071 (fax)

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and forgoing was served in accordance with the Texas Rules of Appellate Procedure on the persons listed below in the manner indicated.

Tom Hall                                    Via e-file
*Attorney for MOAB Construction Company, Inc.*

*/S/Regina Bacon Criswell*
REGINA B. CRISWELL